# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS,<br><br>    Plaintiff,<br><br>    v.<br><br>ARAMARK SERVICES, INC., et al.,<br><br>    Defendants. | Case No. 1:25-cv-01013-KES-SAB<br><br>ORDER REGARDING STIPULATION TO CONTINUE INITIAL SCHEDULING CONFERENCE<br><br>(ECF No. 13) |

Before the Court is a stipulation from the parties to continue the initial scheduling conference. (ECF No. 13.) In addition, the parties state in their stipulation that they "believe that the initial scheduling conference should be rescheduled to be held before presiding Judge Kirk E. Sherrif." (Id. at p. 2.) Pursuant to Local Rule 302(c)(13), the assigned magistrate judge will conduct "all pretrial scheduling conferences . . . ." L.R. 302(c)(13). Therefore, the initial scheduling conference is properly before the undersigned.

For good cause shown, the Court approves the stipulation and ORDERS that the initial scheduling conference is CONTINUED to January 20, 2026, at 9:30 a.m.

IT IS SO ORDERED.

Dated:  **November 25, 2025**

STANLEY A. BOONE
United States Magistrate Judge