# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS, | Case No.  1:25-cv-01013-KES-SAB |
| Plaintiff, | ORDER GRANTING ERIC C. KIM'S *PRO HAC VICE* APPLICATION |
| v. | (ECF No. 19) |
| ARAMARK SERVICES, INC., et al., | |
| Defendants. | |

Before the Court is the application of Eric C. Kim's, attorney for Defendants Aramark Services, Inc. and Vestis Services LLC, for admission to practice *pro hac vice*.  L.R. 180(b)(2). Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED.  The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated:  **April 16, 2026**

_____
STANLEY A. BOONE
United States Magistrate Judge

1