# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEWIS,<br><br>            Plaintiff,<br><br>    v.<br><br>ARAMARK SERVICES, INC., et al.,<br><br>            Defendants. | Case No. 1:25-cv-01013-KES-SAB<br><br>ORDER DIRECTING PLAINTIFF TO FILE A STIPULATION OR MOTION FOR LEAVE TO AMEND<br><br>(ECF No. 21)<br><br>**APRIL 24, 2026 DEADLINE** |

Plaintiff commenced this action on August 13, 2025.  (ECF No. 1.)  On January 20, 2026, the Court held an initial scheduling conference and issued a scheduling order.  (ECF No. 17.)  In that order, the Court stated that, "[a]ny *motions* or *stipulations* requesting leave to amend the pleadings must be filed by no later than April 20, 2026."  (Id. at p. 2 (emphasis added).)  On April 17, 2026, Plaintiff filed a first amended complaint without a concurrent stipulation or motion.  (ECF No. 21.)  Moreover, it does not appear that Plaintiff's first amended complaint is permitted under Federal Rule of Civil Procedure 15, which allows for the amendment of a pleading once as a matter of course 21 days after serving it, 21 days after service of a responsive pleading, or 21 days after service of a motion under Rule 12(b), (e), or (f).

/ / /

/ / /

/ / /

Accordingly, Plaintiff shall have through **April 24, 2026**, to file a stipulation or motion. Should Plaintiff fail to do so, this matter will proceed on originally filed complaint as the operative complaint.

IT IS SO ORDERED.

Dated:   **April 20, 2026**

STANLEY A. BOONE
United States Magistrate Judge